IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE GENE JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DALLAS COUNTY COURT, *et al.*, | ) |
| | ) |
| Defendants. | ) Civil Action No. 3:20-CV-3740-C-BT |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, therein advising that Plaintiff's Amended Complaint should be dismissed for want of prosecution under Federal Rule of Civil Procedure 41(b).[1] Plaintiff filed objections to the Magistrate Judge's Findings, Conclusions, and Recommendation on March 19, 2021.

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Plaintiff's objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is

---

[1] As of today's date, the docket reflects that Plaintiff has failed to pay the required filing fee or file a proper motion to proceed *in forma pauperis*.

therefore **ORDERED** that the Findings, Conclusions, and Recommendation are **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that Plaintiff's Complaint be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).[2] Any and all pending Motions are **DENIED** as moot.

SO ORDERED this 6th day of April, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff appears to argue that prison officials will not provide him with a certificate of inmate trust account in order to file a proper motion to proceed *in forma pauperis*. Thus, the Court has determined that this case should be dismissed without prejudice subject to being refiled—if so desired—when Plaintiff has received a certificate of inmate trust account.